# EXHIBIT 3



Paid 02/12/08 Check # 3534 $10,784.13

# EXHIBIT 4

| Vendor | GERIATRIC | | Check Date 1/22/2008 | | Check Number | 003448 | |
|---|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt | |
| 021497 | 590994 | 5/15/2007 | 15.58 | 15.58 | 0.00 | | |
| 021499 | 590993 | 5/15/2007 | 19.61 | 19.61 | 0.00 | | |
| 021500 | 590766 | 5/14/2007 | 261.74 | 261.74 | 0.00 | | |
| 021516 | 592118 | 5/21/2007 | 2,341.24 | 2,341.24 | 0.00 | | |
| 021542 | 592119 | 5/21/2007 | 331.79 | 331.79 | 0.00 | | |
| 021543 | 590765 | 5/14/2007 | 2,033.13 | 2,033.13 | 0.00 | | |
| 021894 | 593386 | 5/25/2007 | 12.77 | 12.77 | 0.00 | | |
| 021895 | 593391 | 5/25/2007 | 597.36 | 597.36 | 0.00 | | |
| 021896 | 593387 | 5/25/2007 | 35.64 | 35.64 | 0.00 | | |
| 021897 | 593390 | 5/25/2007 | 2,118.72 | 2,118.72 | 0.00 | | 24,249.47 |

| Vendor | GERIATRIC | | Check Date 1/22/2008 | | Check Number | |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 019574 | 580946 | 4/2/2007 | 1,687.86 | 1,687.86 | 0.00 | |
| 019575 | 580947 | 4/2/2007 | 118.40 | 118.40 | 0.00 | |
| 019947 | 584170 | 4/19/2007 | 2,111.31 | 2,111.31 | 0.00 | |
| 019948 | 584171 | 4/16/2007 | 200.47 | 200.47 | 0.00 | |
| 019950 | 582426 | 4/9/2007 | 59.34 | 59.34 | 0.00 | |
| 019951 | 582427 | 4/9/2007 | 114.86 | 114.86 | 0.00 | |
| 019952 | 582428 | 4/9/2007 | 28.97 | 28.97 | 0.00 | |
| 019953 | 582432 | 4/9/2007 | 2,210.59 | 2,210.59 | 0.00 | |
| 019954 | 582433 | 4/9/2007 | 151.54 | 151.54 | 0.00 | |
| 020482 | 582956 | 4/11/2007 | 926.51 | 926.51 | 0.00 | |
| 021042 | 587498 | 5/1/2007 | 635.32 | 635.32 | 0.00 | |
| 021046 | 586587 | 4/26/2007 | 92.93 | 92.93 | 0.00 | |

| Vendor | GERIATRIC | | Check Data 1/22/2008 | | Check Number | |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
| 021047 | 586588 | 4/26/2007 | 68.90 | 68.90 | 0.00 | |
| 021048 | 586181 | 4/25/2007 | 211.74 | 211.74 | 0.00 | |
| 021064 | 585582 | 4/23/2007 | 507.00 | 507.00 | 0.00 | |
| 021065 | 585581 | 4/23/2007 | 133.79 | 133.79 | 0.00 | |
| 021066 | 585580 | 4/23/2007 | 2,161.33 | 2,161.33 | 0.00 | |
| 021068 | 587501 | 4/30/2007 | 99.79 | 99.79 | 0.00 | |
| 021069 | 587500 | 4/30/2007 | 2,406.56 | 2,406.56 | 0.00 | |
| 021433 | 588990 | 5/7/2007 | 2,027.11 | 2,027.11 | 0.00 | |
| 021434 | 588991 | 5/7/2007 | 163.60 | 163.60 | 0.00 | |
| 021435 | 588992 | 5/7/2007 | 220.76 | 220.76 | 0.00 | |
| 021436 | 588985 | 5/7/2007 | 99.70 | 99.70 | 0.00 | |
| 021437 | 588986 | 5/7/2007 | 43.51 | 43.51 | 0.00 | |



# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Geriatric Medical**

**Customer Copy**

| | |
|---|---|
| Number | 590994 |
| Date | 05/15/07 |
| Page | 1 |

**Bill To:** 2804
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

**Ship To:** SAME
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

| Reference # | Shipped | Salesperson | Terms | Tax Code | Cust # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 05/15/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471319 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | **************************** *************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | **************************** *************************** * | | | | | | | | |
| | TUESDAY DELIVERY | | | | | | | | |
| NDC | NEXT DAY CORRECTION | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| | **************************** | | | | | | | | |
| 2804813 | FOLIC ACID 800 MCG 100/BOTTLE (693853) 1Z1036530340401839 | 6 | 6 | 0 | BT | 2.45 | BT | 14.70 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

*71740 - 680*

| Subtotal | Freight | Discount | Sales Tax | Total Due |
|---|---|---|---|---|
| 14.70 | .00 | .00 | .88 | 15.58 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 590993 |
|---|---|
| Date | 05/15/07 |
| Page | 1 |

**Geriatric Medical**

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Cus. # | Sht. | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 50407 | 05/15/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469938 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************************* ********************************* * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ********************************* ********************************* * | | | | | | | | |
| TB30 | MONDAY DELIVERY TOOTHBRUSH ADULT 144/BOX 10 BOXES/CASE 1Z1036530340921723 | 2.0000 | 2.0000 | .0000 | BX | 9.25 | BX | 18.50 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

*(handwritten: 71720-400)*

| Merchandise | Misc. | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 18.50 | .00 | | 1.11 | .00 | 19.61 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 590766 |
| Date | 05/14/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 05/14/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471159 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | Um | Price | Um | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLEZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| 742-05 | OSCAL TAB 500MG W/VIT D 60/B OYSTER SHELL CALCIUM | 15 | 15 | 0 | BT | 1.40 | BT | 21.00 | * |
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 10 | 10 | 0 | BT | 1.20 | BT | 12.00 | * |
| 865-01 | ZINC SULFATE 220 MG 100/BT | 6 | 6 | 0 | BT | 2.65 | BT | 15.90 | * |
| 257097 | GLUCOSAMINE CHONDROITIN 60/B 500/400 | 4 | 4 | 0 | BT | 27.11 | BT | 108.44 | * |
| 2804813 | FOLIC ACID 800 MCG 100/BOTTLE (693853) | 6 | 6 | 0 | BT | 2.45 | BT | 14.70 | * |
| 020479 | GLUCOSAMINE SULFATE 500MG 60 | 6 | 6 | 0 | BT | 12.48 | BT | 74.88 | * |

717-40-680

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 246.92 | .00 | | 14.82 | .00 | 261.74 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 592118 |
| Date | 05/21/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Whs | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 5.18.07 MED. SU | 05/21/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 472273 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ***************************** ***************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ***************************** ***************************** * | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.25 | CS | 255.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 25 | 25 | 0 | CS | 21.25 | CS | 531.25 | |
| A3950 | WASHCLOTHS DRY 500/CASH | 6 | 6 | 0 | CS | 13.00 | CS | 78.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGR 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | * |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 5 | 5 | 0 | CS | 32.00 | CS | 160.00 | * |
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 20 | 20 | 0 | BX | 1.30 | BX | 26.00 | * |
| HB01 | HAIR BRUSH HALF ROUND 12/BOX 24 BOXES/CASE | 10.0000 | 10.0000 | .0000 | BX | 3.46 | BX | 34.60 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASH | 14.0 | 14.0 | .0 | CS | 21.00 | CS | 294.00 | * |
| 1179-16 | PEROXIDE HYDROGEN 16 OZ 12/CASE (019877) | 1.00 | 1.00 | .00 | CS | 12.60 | CS | 12.60 | |
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 5 | 5 | 0 | CS | 7.28 | CS | 36.40 | * |
| 4260 | STRAWS FLEXIBLE 400/BOX | 5 | 5 | 0 | BX | 2.20 | BX | 11.00 | * |

CONTINUED



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 592118 |
|---|---|
| Date | 05/21/07 |
| Page | 2 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 5.18.07 MED. SU | 05/21/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 472273 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1914 | TAPE PAPER TENDERSKIN 1" 12 ROLLS/BOX 12 BOXES/CASE | 6.0000 | 6.0000 | .0000 | BX | 7.50 | BX | 45.00 | * |
| 7540 | TELFA ISLAND DRSG 4 X 5 25/BOX 8 BOXES/CASE | 8.00 | 8.00 | .00 | BX | 21.25 | BX | 170.00 | * |
| 68800 | CATH IRRIGATION TRAY PISTON 20/CASE | 1.00 | 1.00 | .00 | CS | 20.00 | CS | 20.00 | * |
| AS306N | LEG BAG MEDIUM 600 ML 48/CASE (AS306N) AS306N | 20 | 15 | 5 | EA | 2.41 | EA | 36.15 | * |
| 4611 | DRAIN SPONGE ST 4 X 4 6PLY 50/BX 12 BX/CS (441407) (708 | 10 | 10 | 0 | BX | 4.45 | BX | 44.50 | * |
| 2115 | MASK EARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 14 | 14 | 0 | BX | 4.50 | BX | 63.00 | * |
| 807 | COTTON TIP APPL 6" ST 200/BO 10 BOXES/CASE (4305) | 6 | 6 | 0 | BX | 3.95 | BX | 23.70 | * |
| TP-15 | TOOTHPASTE 1.5 OZ REFRESH 144/CASE | 1.00 | 1.00 | .00 | CS | 51.84 | CS | 51.84 | * |
| 00269 | DEODORANT AEROSOL 3.5 OZ 24/CASE | 3.00 | 3.00 | .00 | CS | 33.36 | CS | 100.08 | * |
| 3602 | BANDAIDS 1" X 3" 100/BX 24 BOXES/CASE | 10 | 10 | 0 | BX | 1.99 | BX | 19.90 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 4 | 4 | 0 | CS | 15.25 | CS | 61.00 | * |
| 555006 | ASSURE III CONTROL SOLUTION | 6 | 6 | 0 | EA | 11.25 | EA | 67.50 | * |

*71720-400*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2269.52 | .00 | | 71.72 | .00 | 2341.24 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

Customer Copy

| Number | 592119 |
| Date | 05/21/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | WH | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 05/21/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 472273 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Orderd | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ***************************** | | | | | | | | |
| | ***************************** | | | | | | | | |
| | * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ***************************** | | | | | | | | |
| | ***************************** | | | | | | | | |
| | * | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 125-16 | MILK OF MAGNESIA 16 OZ | 10 | 10 | 0 | EA | 1.02 | EA | 10.20 | * |
| | 400MG MAGENSIUM HYDROXID/TSP | | | | | | | | |
| 455-06 | SENOKOT S TABS 60/BT | 6 | 6 | 0 | BT | 16.19 | BT | 97.14 | * |
| | SENNA + DOCUSATE SODIUM | | | | | | | | |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 12 | 12 | 0 | BT | 1.15 | BT | 13.80 | * |
| 101-10 | ACETAMINOPHEN TAB 325MG 1000 | 4 | 4 | 0 | BT | 6.11 | BT | 24.44 | * |
| 437431S | CLARITON D OTC 24 HR 10/BX (706077) | 5 | 5 | 0 | BX | 19.62 | BX | 98.10 | * |
| 160275 | CENTRUM TABS 133/BOX (042051) | 5 | 3 | 2 | EA | 16.81 | EA | 50.43 | * |
| 601-01 | VITAMIN THERAGRAN GEN 100/BT (THERA-TABS) | 5 | 5 | 0 | BT | 3.78 | BT | 18.90 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 313.01 | .00 | | 18.78 | .00 | 331.79 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 590765 |
|---|---|
| Date | 05/14/07 |
| Pages | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dun # | Frt | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 05/14/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471156 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | *********************** *********************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | *********************** *********************** * | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.25 | CS | 255.00 | |
| 60043DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 25 | 25 | 0 | CS | 21.25 | CS | 531.25 | |
| 4252 | CUPS MED 1OZ GRAD 5000/CS (NMCO) | 1 | 1 | 0 | CS | 27.50 | CS | 27.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 6 | 6 | 0 | CS | 13.00 | CS | 78.00 | * |
| 6137S | BRIEF TENA XL-XXL 72/CASE | 2 | 2 | 0 | CS | 49.00 | CS | 98.00 | |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 5 | 5 | 0 | CS | 32.00 | CS | 160.00 | |
| 10-8744 | A & D OINTMENT PACKETS 144/B (6 BOXES/CASE) | 10 | 10 | 0 | BX | 6.99 | BX | 69.90 | |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 6 | 6 | 0 | BX | 9.20 | BX | 49.20 | |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 100 | 100 | 0 | BX | 2.10 | BX | 210.00 | |
| 810055 | THERMOMETER COVERS BAR GENIU 105/BOX 20 BOXES/CASE | 10 | 10 | 0 | BX | 6.85 | BX | 68.50 | |

**CONTINUED**



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 590765 |
|---|---|
| Date | 05/14/07 |
| Page | 2 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference# | Shipped | Salesperson | Terms | Tax Code | Bus #s | Wt | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 05/14/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 471156 | 01 | PREPAID | OUR TRUCK |

| Item# | Description | Ordered | Shipped | Backorder | Um | Price | Um | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 2930 | TISSUE FACIAL 2PLY 100/BX 30/CASE (NR4082) | 4.00 | 4.00 | .00 | CS | 15.00 | CS | 60.00 | * |
| DEN6283 | DENTURE CLEAN TABS 40/BX | 10 | 10 | 0 | BX | 1.41 | BX | 14.10 | * |
| 187658 | DUODERM CGF 4 X 4 20/BX | 1 | 1 | 0 | BX | 95.35 | BX | 95.35 | * |
| 852125 | SANITARY NAPKIN STAY FREE 10 (07305G) | 12 | 12 | 0 | BX | 3.18 | BX | 38.16 | |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 8 | 8 | 0 | BX | 12.95 | BX | 103.60 | * |

1720 - 400

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 1986.56 | .00 | | 46.57 | .00 | 2033.13 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

### Geriatric Medical

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 593386 |
| Date | 05/25/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Referenced # | Shipped | Salesperson | Terms | Tax Codes | Cust. # | Freight | Ship Via |
|---|---|---|---|---|---|---|---|
| 5.18.07 MED, SU | 05/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 472273 | 01 PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordered | U/M | Price | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ***************************** ***************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ***************************** ***************************** * | | | | | | | | |
| AS306N | MONDAY DELIVERY LEG BAG MEDIUM 600 ML 48/CASE (AS306N) AS306N | 5 | 5 | 0 | EA | 2.41 | EA | 12.05 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 12.05 | .00 | | .72 | .00 | 12.77 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 593391 |
|--------|--------|
| Date | 05/25/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK  23 PROSPECT STREET  NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK  23 PROSPECT STREET  NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Invoice # | Freight | Ship Via |
|---|---|---|---|---|---|---|---|
| OTC | 05/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 473137 | 01 PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordered | Um | Price | Um | Extension | Tax |
|------|-------------|---------|---------|-------------|-----|-------|-----|-----------|-----|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************************* ******************************* * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ********************************* ******************************* * | | | | | | | | |
| | FRIDAY DELIVERY | | | | | | | | |
| 752-01 | VITAMIN E 400IU 100/BT (DI-ALPHA TOCOPHEROL) | 12 | 12 | 0 | BT | 3.59 | BT | 43.08 | * |
| 742-06 | OSCAL TAB 500MG W/VIT D 60/B | 12 | 12 | 0 | BT | 1.40 | BT | 16.80 | * |
| 941-01 | OYSTER SHELL CALCIUM IBUPROFEN TABS 200MG 100/BT | 12 | 12 | 0 | BT | 2.07 | BT | 24.84 | * |
| 4666251 | GENERIC ADVIL PRILOSEC OTC 20 MG TABS 28/BOTTLE (746321) | 5 | 5 | 0 | BT | 30.71 | BT | 153.55 | * |
| 683570 | OSCAL 500MG CHEWABLE 60/BTL (CHEW CALCIUM) | 5 | 4 | 1 | BT | 8.88 | BT | 35.52 | * |
| 851-01 | VITAMIN B1 THIAMINE 100MG 10 | 8 | 8 | 0 | BT | 1.99 | BT | 15.92 | * |
| 118810 | VITAMIN B12 500MCG 100/BT | 6 | 6 | 0 | BT | 6.25 | BT | 37.50 | * |
| 3132193 | ACIDOPHILUS CAPS 10MG 100/BT (527093) | 6 | 6 | 0 | BT | 7.90 | BT | 47.40 | * |
| 832542 | SLOW FE TAB 50MG 90/BT | 6 | 6 | 0 | BT | 23.99 | BT | 143.94 | * |
| 00188 | SLOW RELEASE IRON TABS 66411 LOTION-SARNA GEN 7.5 OZ "DERMASARRA" 24/CS | 6 | 6 | 0 | EA | 7.50 | EA | 45.00 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|-------------|------|----------|-----|---------|-----------|
| 563.55 | .00 | | 33.81 | .00 | 597.36 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Geriatric Medical**

**Customer Copy**

| Number | 593387 |
|--------|--------|
| Date | 05/25/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET NORWALK, CT 06850 | | 23 PROSPECT STREET NORWALK, CT 06850 |

| Reference #: | Shipped | Salesperson | Terms | Tax Code | Dept # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 05/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 472274 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backord'd | U/M | Priced | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLEZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************************ ****************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************************ ****************************** * | | | | | | | | |
| 160275 | MONDAY DELIVERY CENTRUM TABS 133/BOX (042031) | 2 | 2 | 0 | EA | 16.81 | EA | 33.62 | * |

| | Merchandise | Misc A | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 33.62 | .00 | | 2.02 | .00 | 35.64 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1206
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

Customer Copy

| Number | 593390 |
|---|---|
| Date | 05/25/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Ship To # | Wh | Freight | How Delivered |
|---|---|---|---|---|---|---|---|---|
| 5.24.07 | 05/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 473135 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | Ud | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************************** | | | | | | | | |
| | ********************************** | | | | | | | | |
| | * | | | | | | | | |
| | ONLY SBND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ********************************** | | | | | | | | |
| | ********************************** | | | | | | | | |
| | * | | | | | | | | |
| | FRIDAY DELIVERY | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.25 | CS | 255.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 24 | 24 | 0 | CS | 21.25 | CS | 510.00 | |
| RKS | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 5 | 5 | 0 | CS | 26.95 | CS | 134.75 | * |
| 61375 | BRIEF TENA XL-XXL 72/CASE | 1 | 1 | 0 | CS | 49.00 | CS | 49.00 | |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 5 | 5 | 0 | CS | 32.00 | CS | 160.00 | |
| DR-03 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 6 | 6 | 0 | BX | 8.20 | BX | 49.20 | * |
| 00933 | SHAVING CREAM 11 OZ 12/CASE | 3.00 | 3.00 | .00 | CS | 11.30 | CS | 33.90 | |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 10.0 | 10.0 | .0 | CS | 21.00 | CS | 210.00 | * |
| 810055 | THERMOMETER COVERS EAR GENIU 105/BOX 20 BOXES/CASE | 10 | 10 | 0 | BX | 6.85 | BX | 68.50 | * |

CONTINUED

**INVOICE**

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Geriatric Medical**

**Customer Copy**

| Number | 593390 |
|---|---|
| Date | 05/25/07 |
| Page | 2 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference # | Ship Date | Salesperson | Terms | Tax Code | Dist. # | Via | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 5.24.07 | 05/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 473135 | OI | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backorder | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1645 | ISAGEL ALCOHOL GEL 21 OZ 12/CASE | 1.0000 | 1.0000 | .0000 | CS | 90.30 | CS | 90.30 | * |
| 76000 | CATH INSERTION TRAY 30CC 20/CS (NO CATH) | 1.00 | 1.00 | .00 | CS | 30.00 | CS | 30.00 | |
| A305 | GAUZE STRETCH N/ST 3" 12/BAG 8 BAGS/CASE (441501) | 12 | 12 | 0 | BG | 1.86 | BG | 22.32 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 1.00 | 1.00 | .00 | CS | 46.00 | CS | 46.00 | * |
| 319767 | SOAP BAR DOVE 3.5 OZ 48/CASE (202242) | 12 | 12 | 0 | EA | 1.30 | EA | 15.60 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 5 | 5 | 0 | BX | 22.00 | BX | 110.00 | * |
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 15 | 15 | 0 | BX | 3.18 | BX | 47.70 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 8 | 8 | 0 | BX | 12.95 | BX | 103.60 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2063.87 | .00 | | 54.85 | .00 | 2118.72 |

WE APPRECIATE YOUR BUSINESS



**Geriatric Medical**

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 580946 |
|---|---|
| Date | 04/02/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 04/02/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 464601 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************** ********************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ********************** ********************** * | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.90 | CS | 262.80 | |
| 60043DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 20 | 20 | 0 | CS | 21.90 | CS | 438.00 | |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 2 | 2 | 0 | CS | 32.00 | CS | 64.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 5 | 5 | 0 | CS | 32.00 | CS | 160.00 | |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 6 | 6 | 0 | BX | 8.20 | BX | 49.20 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PP MEDI 100/BOX 10 BX/CASE | 100 | 100 | 0 | BX | 2.10 | BX | 210.00 | * |
| 810055 | THERMOMETER COVERS HAR GENIU 105/BOX 20 BOXES/CASH | 10 | 10 | 0 | BX | 6.85 | BX | 68.50 | * |
| 1645 | ISAGEL ALCOHOL GEL 21 OZ 12/CASE | 1,0000 | 1,0000 | .0000 | CS | 90.30 | CS | 90.30 | * |
| 622ACE | ACE STYLE BANDAGE 4" 10/BX 5 BX/CS (3664) | 2.0 | 2.0 | .0 | BX | 9.60 | BX | 19.20 | |
| 187658 | DUODERM CGF 4 X 4 20/BX | 1 | 1 | 0 | BX | 95.35 | BX | 95.35 | |
| 433500 | XEROFORM DRESSING 4 X 4 25/BOX 6 BOXES/CASE | 2.00 | 2.00 | .00 | BX | 33.66 | BX | 67.32 | |

**CONTINUED**



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

Customer Copy

| Number | 580946 |
|---|---|
| Date | 04/02/07 |
| Page | 2 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 04/02/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 464601 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 20 | 20 | 0 | BX | 3.18 | BX | 63.60 | |
| 00133 | LOTION SARNA OEN 7.5 OZ "DERMASARRA" 24/CS | 8 | 8 | 0 | EA | 7.50 | EA | 60.00 | * |

7/1720-400

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 1648.27 | .00 | | 39.59 | .00 | 1687.86 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

**Customer Copy**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatriomedical.com
Website: www.geriatriomedical.com

| Number | 580947 |
|--------|--------|
| Date | 04/02/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | 23 PROSPECT STREET |
| NORWALK, CT 06850 | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 04/02/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 464603 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | U/M | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************* | | | | | | | | |
| | ************************** | | | | | | | | |
| | * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | *********************** | | | | | | | | |
| | ************************** | | | | | | | | |
| | * | | | | | | | | |
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 10 | 10 | 0 | BT | 1.20 | BT | 12.00 | * |
| 931-01 | ASPIRIN COATED LOW DOSE 81MG 100/BT | 10 | 10 | 0 | BT | 1.20 | BT | 12.00 | * |
| 174-53 | BENGAY GEN (MUSCLE RUB) 3OZ 10% MENTHOL/15% METHYL SALIC | 5 | 5 | 0 | EA | 2.28 | EA | 11.40 | |
| 039416 | AQUAPHOR HEALING OINTMENT 1.75 OZ (199653) | 8 | 8 | 0 | EA | 6.92 | EA | 55.36 | |
| 4254751 | VITAMIN D 400 IU TABS 100/BT (540955) | 6 | 6 | 0 | BT | 3.49 | BT | 20.94 | * |

71740-680

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 111.70 | .00 | | 6.70 | .00 | 118.40 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1206
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 584170 |
| Date | 04/16/07 |
| Page | 1 |

**Bill To:** 2204
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

**Ship To:** SAME
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466674 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordr'd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | DELV MONDAY A MUST | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.25 | CS | 255.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 20 | 20 | 0 | CS | 21.25 | CS | 425.00 | |
| A3950 | WASHCLOTHS DRY 500/CASE | 6 | 6 | 0 | CS | 13.00 | CS | 78.00 | * |
| 61375 | BRIEF TENA XL-XXL 72/CASE | 1 | 1 | 0 | CS | 49.00 | CS | 49.00 | * |
| 77778 | ALARM BZ RELEASE VELCRO BELT | 4 | 4 | 0 | EA | 69.00 | EA | 276.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGH 72/ | 2 | 2 | 0 | CS | 32.00 | CS | 64.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX  20 BOXES/CASE (DR-0 | 5 | 5 | 0 | BX | 8.20 | BX | 41.00 | * |
| 2F7122 | SODIUM CHLORIDE IRRIG 250ML 24/CASE | 1.0000 | 1.0000 | .0000 | CS | 33.60 | CS | 33.60 | |
| 2F7112 | STERILE WATER IRRIG 250ML 24/CASE | 1.00 | 1.00 | .00 | CS | 34.24 | CS | 34.24 | |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 100 | 100 | 0 | BX | 2.10 | BX | 210.00 | * |
| AMSPRO | SPOON PLASTIC MD WEIGHT 1000 (SPOON-MED) | 6 | 6 | 0 | CS | 7.28 | CS | 43.68 | * |
| 1103B | CANNULA OVER THE EAR 7FT TUBING 50/CS | 1.00 | 1.00 | .00 | CS | 26.67 | CS | 26.67 | * |
| 1096 | SOCKS SLIPPER ANKLE LENGTH W/TREAD ADULT REG 48PR/CASE | 10 | 10 | 0 | PR | 1.07 | PR | 10.70 | |
| 1097 | SOCKS SLIPPER ANKLE LENGTH W/TREAD ADULT XL 48 PR/CASE | 10 | 10 | 0 | PR | 2.00 | PR | 20.00 | |
| 511110 | SYRINGE SAFETY INS ICC 29X1/ 100/BX 5 BX/CS | 6 | 6 | 0 | BX | 22.00 | BX | 132.00 | * |
| 433500 | XEROFORM DRESSING 4 X 4 25/BOX 6 BOXES/CASE | 1.00 | 1.00 | .00 | BX | 177.50 | CS | 29.58 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 10 | 10 | 0 | BX | 12.95 | BX | 129.50 | * |
| 420400 | SKIN PREP WIPES 50/BOX 20 BOXES/CASE | 6 | 6 | 0 | BX | 9.95 | BX | 59.70 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2045.67 | .00 | | 65.64 | .00 | 2111.31 |

WE APPRECIATE YOUR BUSINESS

71720-400



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 584171 |
| Date | 04/16/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | P.o. # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 04/16/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466875 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 703-15 | TUMS GEN ASSORTED FLAVOR 150 500 MG CALCIUM CARBONATE | 8 | 8 | 0 | BT | 2.25 | BT | 18.00 | * |
| 742-06 | OSCAL TAB 500MG W/VIT D 60/B OYSTER SHELL CALCIUM | 16 | 16 | 0 | BT | 1.40 | BT | 22.40 | |
| 703-01 | FERROUS SULFATE 325MG 100/BO GENERIC (IRON TABLETS) | 10 | 10 | 0 | BT | 1.20 | BT | 12.00 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 12 | 12 | 0 | BT | 1.15 | BT | 13.80 | * |
| 101-01 | ACETAMINOPHEN TAB 325MG 100/ (GENERIC TYLENOL) | 6 | 6 | 0 | BT | .79 | BT | 4.74 | * |
| 782-01 | BENADRYL CAP(GENIDRYL) 25MG 100/BOTTLE | 10 | 10 | 0 | BT | 1.37 | BT | 13.70 | * |
| 039416 | AQUAPHOR HEALING OINTMENT 1.75 OZ (199653) | 10 | 10 | 0 | EA | 6.92 | EA | 69.20 | * |
| 160809 | CEPASTAT LOZENGES 18/PKG (12231?) | 8 | 8 | 0 | PK | 4.41 | PK | 35.28 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 189.12 | .00 | | 11.35 | .00 | 200.47 |

WE APPRECIATE YOUR BUSINESS

# Geriatric Medical

**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| | |
|---|---|
| Number | 582426 |
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK 23 PROSPECT STREET NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 460105 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLEEEE P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************** ************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************** ************************** * | | | | | | | | |
| | WEDNESDAY DELIVERY | | | | | | | | |
| 349679 | NICODERM CQ 21MG 7 PATCH (439737) | 2 | 2 | 0 | BX | 27.99 | BX | 55.98 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 55.98 | .00 | | 3.36 | .00 | 59.34 |

WE APPRECIATE YOUR BUSINESS

*(handwritten: 717740-680)*



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 582427 |
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 03/16 | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 462278 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| 3800-364 | BED RAIL PAD VINYL 1/2 RAIL | 2 | 2 | 0 | PR | 54.18 | PR | 108.36 | * |

*7/7/20 - 400*

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 108.36 | .00 | | 6.50 | .00 | 114.86 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 582428 |
|---|---|
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br><br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br><br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 464620 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LBFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************** | | | | | | | | |
| | ************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************** | | | | | | | | |
| | ************************** * | | | | | | | | |
| 522000 | SYRINGE SAFETY ONLY 12CC 50/ 6 BX/CS | 1 | 1 | 0 | BX | 27.33 | BX | 27.33 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 27.33 | .00 | | 1.64 | .00 | 28.97 |

WE APPRECIATE YOUR BUSINESS

# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Geriatric Medical**

**Customer Copy**

| Number | 582432 |
|--------|--------|
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN MED | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 465748 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ****************************** <br> ****************************** | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ****************************** <br> ****************************** | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 12 | 12 | 0 | CS | 21.25 | CS | 255.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 22 | 22 | 0 | CS | 21.25 | CS | 467.50 | |
| RKS | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 5 | 5 | 0 | CS | 24.50 | CS | 122.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 10 | 10 | 0 | CS | 13.00 | CS | 130.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 10-8744 | A & D OINTMENT PACKETS 144/B (6 BOXES/CASE) | 10 | 10 | 0 | BX | 6.99 | BX | 69.90 | * |
| 00933 | SHAVING CREAM 11 OZ 12/CASE | 3.00 | 3.00 | .00 | CS | 11.30 | CS | 33.90 | * |
| 5965 | LANCETS FINGER STIX 200/BX 6 BX/CS FOR USE W/5979 DEVIC | 5 | 5 | 0 | BX | 32.50 | BX | 162.50 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 12.0 | 12.0 | .0 | CS | 21.00 | CS | 252.00 | * |
| 8MP16E | SHAMPOO BABY TEARLESS 16 OZ 12/CASE | 5 | 5 | 0 | EA | .75 | EA | 3.75 | * |

**CONTINUED**

# INVOICE



**Geriatric Medical**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 582432 |
|---|---|
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK <br><br> 23 PROSPECT STREET <br> NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK <br><br> 23 PROSPECT STREET <br> NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN MED | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 465748 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 2930 | TISSUE FACIAL 2PLY 100/BX 30/CASE (NR4082) | 2.00 | 2.00 | .00 | CS | 15.00 | CS | 30.00 | * |
| 4242 | CUPS SOUFFLE 3/4 OZ 5000/CS (NSC4) | 2 | 2 | 0 | CS | 27.50 | CS | 55.00 | * |
| 3512A | DRAINAGE BAG KENDALL 20/CASE | 10 | 10 | 0 | EA | 1.96 | EA | 19.60 | * |
| 1934 | TBLFA PADS ST 3 X 4 100/BOX 12 BOXES/CASE (3434 DYN) | 5.00 | 5.00 | .00 | BX | 6.61 | BX | 33.05 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 20 | 20 | 0 | BG | 1.82 | BG | 36.40 | * |
| 806 | COTTON TIP APPL 6" N/ST 1,000/BOX 10 BX/CS (4302) | 5 | 5 | 0 | BX | 4.94 | BX | 24.70 | * |
| 31976T | SOAP BAR DOVE 3.5 OZ 48/CASE (202242) | 15 | 15 | 0 | EA | 1.30 | EA | 19.50 | * |
| A6016 | SYRINGE 60CC CATH TIP W/POLE BAG 30/CS | 4.0000 | 4.0000 | .0000 | CS | 11.50 | CS | 46.00 | * |
| 3412 | NU GAUZE IODOFORM 1/2" 12/CASE GENERIC | 5 | 5 | 0 | EA | 3.99 | EA | 19.95 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 8 | 8 | 0 | BX | 12.95 | BX | 103.60 | * |

71720-400

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 2140.85 | .00 | | 69.74 | .00 | 2210.59 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

Customer Copy

| Number | 582433 |
|--------|--------|
| Date | 04/09/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK | Ship To: SAME | MARATHON HEALTH CARE-NORWALK |
|---|---|---|---|
| | 23 PROSPECT STREET | | 23 PROSPECT STREET |
| | NORWALK, CT 06850 | | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 04/09/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 465749 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ********************* ******************* * | | | | | | | | |
| | ONLY SBND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ********************* ******************* * | | | | | | | | |
| 125-16 | MILK OF MAGNESIA 16 OZ 400MG MAGENSIUM HYDROXID/TSP | 10 | 10 | 0 | EA | 1.02 | EA | 10.20 | * |
| 941-01 | IBUPROFEN TABS 200MG 100/BT GENERIC ADVIL | 12 | 12 | 0 | BT | 2.07 | BT | 24.84 | * |
| 851-01 | VITAMIN B1 THIAMINE 100MG 10 | 8 | 8 | 0 | BT | 1.99 | BT | 15.92 | * |
| 255984 | EAR DROPS (DEBROX) 15CC | 6 | 6 | 0 | EA | 4.00 | EA | 24.00 | * |
| 477547 | IMODIUM AD CAPS(LOPERAMIDE)2 (ANTI-DIARRHEAL) (381-2A) 2M | 6 | 6 | 0 | BX | 3.65 | BX | 21.90 | * |
| 177790 | LACTAID CAPLETS 60/BT (LACTASE-REG STR) | 6 | 6 | 0 | BT | 5.60 | BT | 33.60 | * |
| 180730160 | CATH FOLEY 2WAY 16FR X 30CC 10/BOX (3601 KEN) | 10 | 10 | 0 | EA | 1.25 | EA | 12.50 | * |

*71740-680*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 142.96 | .00 | | 8.58 | .00 | 151.54 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

**Please remit to:**
## Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 582936 |
|---|---|
| Date | 04/11/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| DOUG/DIETARY | 04/11/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 466043 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backord'd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ****************************** ****************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ****************************** ****************************** * | | | | | | | | |
| | WEDNESDAY DELIVERY | | | | | | | | |
| NDD | NEXT DAY RUSH/STAT DELIVERY ****************************** | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| 53114 | JEVITY 1.2 1500ML 6/CS | 6.0000 | 6.0000 | .0000 | CS | 34.67 | CS | 208.02 | |
| 58283 | HI CAL ENSURE NUTRISHAKE 1 LITER 8/CS | 10 | 10 | 0 | CS | 22.25 | CS | 222.50 | |
| 196600 | RESOURCE ARGINAID EXTRA ORAN 8 OZ 27/CASH | 3 | 3 | 0 | CS | 35.29 | CS | 105.87 | |
| 196700 | RESOURCE ARGINAID EXTRA BERR 8 OZ 27/CS | 3 | 3 | 0 | CS | 35.29 | CS | 105.87 | |
| 50464 | ENSURE PLUS VANILLA 8 OZ 24/CASE | 5.00 | 5.00 | .00 | CS | 12.95 | CS | 64.75 | |
| 54328 | GLUCERNA SHAKE VANILLA 8 OZ 24/CASE | 10.0000 | 10.0000 | .0000 | CS | 21.95 | CS | 219.50 | |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 926.51 | .00 | | .00 | .00 | 926.51 |

WE APPRECIATE YOUR BUSINESS