

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 587498 |
|---|---|
| Date | 05/01/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN LEON | 05/01/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467780 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 752M | SPHYG MOBILE ANEROID (223)<br>1Z1036530340571692 | 4 | 4 | 0 | EA | 149.84 | EA | 599.36 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

71720 -400

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 599.36 | .00 | | 35.96 | .00 | 635.32 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: Info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 586587 |
|---|---|
| Date | 04/26/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWARD/LEON | 04/26/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468376 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| 8537SA | SHARPS CONTAINER 12 QT RED 10/CASE<br>1Z1036530340789574 | 1 | 1 | 0 | CS | 87.67 | CS | 87.67 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

71720-400

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 87.67 | .00 | | 5.26 | .00 | 92.93 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 586588 |
|---|---|
| Date | 04/26/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN | 04/26/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468503 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| NDD | NEXT DAY RUSH/STAT DELIVERY<br>************************ | 1 | 1 | 0 | EA | .00 | EA | .00 | * |
| 8888505016 | YANKAUER TUBB ONLY 50/CASE<br>DELV FRIDAY A MUST<br>1Z1036530340789574 | 1 | 1 | 0 | CS | 65.00 | CS | 65.00 | * |
| UPS | UPS DELIVERY | 1 | 1 | 0 | EA | .00 | EA | .00 | * |

(handwritten: 71700-400)

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 65.00 | .00 | | 3.90 | .00 | 68.90 |

WE APPRECIATE YOUR BUSINESS



**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 586181 |
|---|---|
| Date | 04/25/07 |
| Page | 1 |

| Bill To: 2204 | Ship To: SAME |
|---|---|
| MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| DOUG/DIETARY | 04/25/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468265 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| 196600 | RESOURCE ARGINAID EXTRA ORAN 8 OZ 27/CASE | 3 | 3 | 0 | CS | 35.29 | CS | 105.87 | |
| 196700 | RESOURCE ARGINAID EXTRA BERR 8 OZ 27/CS | 3 | 3 | 0 | CS | 35.29 | CS | 105.87 | |

*70620-230*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 211.74 | | .00 | .00 | .00 | 211.74 |

WE APPRECIATE YOUR BUSINESS



**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 585582 |
|---|---|
| Date | 04/23/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| DOUG DIETARY | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467865 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL. | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| 53114 | JEVITY 1.2 1500ML 6/CS<br>DELV MONDAY A MUST | 6.0000 | 6.0000 | .0000 | CS | 34.67 | CS | 208.02 | |
| 57703 | GLUCERNA SELECT 1 LITER RTH 8/CASE | 6.000 | 6.000 | .000 | CS | 49.83 | CS | 298.98 | |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 507.00 | .00 | | .00 | .00 | 507.00 |

WE APPRECIATE YOUR BUSINESS



# INVOICE

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 585581 |
|---|---|
| Date | 04/23/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC 4-20-07 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467859 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************** ******************************* * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************** ******************************* * | | | | | | | | |
| 126-12 | MYLANTA GENERIC 12 OZ (RI-GEL)200MG/200MG/20MG | 6 | 6 | 0 | EA | 1.18 | EA | 7.08 | * |
| 531-01 | VITAMIN MULTI W/MIN 100/BT | 10 | 10 | 0 | BT | 2.20 | BT | 22.00 | * |
| 455-06 | SENOKOT S TABS 60/BT SENNA + DOCUSATE SODIUM | 6 | 6 | 0 | BT | 16.19 | BT | 97.14 | * |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 126.22 | .00 | | 7.57 | .00 | 133.79 |

WE APPRECIATE YOUR BUSINESS

# INVOICE

**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 585580 |
|---|---|
| Date | 04/23/07 |
| Page | 2 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| EDWIN 4-20-07 | 04/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 467858 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 810055 | THERMOMETER COVERS BAR GENIU 105/BOX 20 BOXES/CASE | 10 | 10 | 0 | BX | 6.85 | BX | 68.50 | * |
| 1137-16 | ALCOHOL ISOPROPYL 70% 16 OZ (019885) | 48 | 48 | 0 | EA | 1.99 | EA | 95.52 | * |
| SMP16E | SHAMPOO BABY TEARLESS 16 OZ 12/CASE | 5 | 5 | 0 | EA | .75 | EA | 3.75 | * |
| 4260 | STRAWS FLEXIBLE 400/BOX | 6 | 6 | 0 | BX | 2.20 | BX | 13.20 | * |
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 10 | 10 | 0 | BX | 1.30 | BX | 13.00 | * |
| 75000 | URETHRAL CATH TRAY W/ 14 FR VINYL CATH 20/CASE | 1.00 | 1.00 | .00 | CS | 58.43 | CS | 58.43 | * |
| 511201 | SYRINGE SAFETY TB 1CC 28 X 1 100/BX 5 BX/CS | 2 | 2 | 0 | BX | 23.00 | BX | 46.00 | * |
| 2115 | MASK EARLOOP PROCEDURE 50/BX 12 BX/CS (2201 DYN) | 15 | 15 | 0 | BX | 4.50 | BX | 67.50 | * |
| C845B | MANICURE STICKS 144/BX 50 BOXES/CASE | 4 | 4 | 0 | BX | 2.59 | BX | 10.36 | * |
| DEN6283 | DENTURE CLEAN TABS 40/BX | 8 | 8 | 0 | BX | 1.41 | BX | 11.28 | * |
| 00269 | DEODORANT AEROSOL 3.5 OZ 24/CASE | 3.00 | 3.00 | .00 | CS | 33.36 | CS | 100.08 | * |
| 319767 | SOAP BAR DOVE 3.5 OZ 48/CASE (202242) | 10 | 10 | 0 | EA | 1.30 | EA | 13.00 | * |
| 2141 | ISOLATION GOWN YELLOW 50/CS | 4 | 4 | 0 | CS | 15.25 | CS | 61.00 | * |
| 1940LG | ABD BINDER 4 PANEL LG 46-62 | 2 | 2 | 0 | EA | 33.81 | EA | 67.62 | * |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2095.00 | .00 | | 66.33 | .00 | 2161.33 |

WE APPRECIATE YOUR BUSINESS



**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1206
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 587501 |
|---|---|
| Date | 04/30/07 |
| Page | 1 |

| Bill To: | Ship To: |
|---|---|
| MARATHON HEALTH CARE-NORWALK | MARATHON HEALTH CARE-NORWALK |
| 23 PROSPECT STREET | SAME |
| NORWALK, CT 06850 | 23 PROSPECT STREET |
| | NORWALK, CT 06850 |

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 04/03/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468681 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | U/M | Price | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************** ************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************** ************************** * | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 1880 | BAZA PROTECT (BARRIER CREAM) W/ZINC OXIDE,A,D,E 5 OZ 12/C | 8 | 8 | 0 | EA | 9.18 | EA | 73.44 | * |
| 941-01 | IBUPROFEN TABS 200MG 100/BT GENERIC ADVIL | 10 | 10 | 0 | BT | 2.07 | BT | 20.70 | * |
| 634-12 | MAGNESIUM OXIDE 400 MG 100/B 3.4G PSYLLIUM HUSK/DOSE | 5 | 0 | 5 | EA | 8.21 | EA | .00 | * |

71740-680

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 94.14 | .00 | | 5.65 | .00 | 99.79 |

WE APPRECIATE YOUR BUSINESS



| | | | | | | | INVOICE |
|---|---|---|---|---|---|---|---|
| | Please remit to:<br>Geriatric Medical<br>PO Box 9127<br>Chelsea, MA 02150<br>Phone: 800-442-1205<br>E-Mail: info@geriatricmedical.com<br>Website: www.geriatricmedical.com | | | | | | Customer Copy |
| | | | | | | Number | 587500 |
| | | | | | | Date | 04/30/07 |
| | | | | | | Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| MED SUPPLIES | 04/03/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468678 | 01 | PREPAID | OUR TRUCK |

| Item # | Description | Ordered | Shipped | Backordered | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************<br>****************************** | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************<br>****************************** | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 10 | 10 | 0 | CS | 21.25 | CS | 212.50 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 20 | 20 | 0 | CS | 21.25 | CS | 425.00 | |
| A3950 | WASHCLOTHS DRY 500/CASE | 8 | 8 | 0 | CS | 13.00 | CS | 104.00 | * |
| 61375 | BRIEF TENA XL-XXL 72/CASE | 1 | 1 | 0 | CS | 49.00 | CS | 49.00 | |
| 77778 | ALARM BZ RELEASE VELCRO BELT | 2 | 2 | 0 | EA | 69.00 | EA | 138.00 | * |
| 3800-36-1 | BED RAIL PAD VINYL 1/2 RAIL | 2 | 1 | 1 | PR | 54.18 | PR | 54.18 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 2 | 2 | 0 | CS | 32.00 | CS | 64.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 6 | 6 | 0 | CS | 32.00 | CS | 192.00 | |
| 10-8744 | A & D OINTMENT PACKETS 144/B (6 BOXES/CASE) | 8 | 8 | 0 | BX | 6.99 | BX | 55.92 | * |
| DR-05 | RAZORS DELUXE TWIN BLADE 100/BOX 20 BOXES/CASE (DR-0 | 6 | 6 | 0 | BX | 8.20 | BX | 49.20 | * |
| 00933 | SHAVING CREAM 11 OZ 12/CASE | 2.00 | 2.00 | .00 | CS | 11.30 | CS | 22.60 | * |

CONTINUED



**INVOICE** — Customer Copy

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

| Number | 587500 |
|---|---|
| Date | 04/30/07 |
| Page | 2 |

**Bill To: 2204**
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

**Ship To:** SAME
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| MED SUPPLIES | 04/03/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468678 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 5965 | LANCETS FINGER STIX 200/BX 6 BX/CS FOR USE W/5979 DEVIC | 5 | 5 | 0 | BX | 32.50 | BX | 162.50 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 10.0 | 10.0 | .0 | CS | 21.00 | CS | 210.00 | * |
| 2930 | TISSUE FACIAL 2PLY 100/BX 30/CASE (NR4082) | 2.00 | 2.00 | .00 | CS | 15.00 | CS | 30.00 | * |
| A305 | GAUZE STRETCH N/ST 3" 12/BAG 8 BAGS/CASE (441501) | 10 | 10 | 0 | BG | 1.86 | BG | 18.60 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 20 | 20 | 0 | BG | 1.82 | BG | 36.40 | * |
| 612ACE | ACE STYLE BANDAGE 4" 10/BX 5 BX/CS (3664) | 2.0 | 2.0 | .0 | BX | 9.60 | BX | 19.20 | * |
| 814169 | SHAMPOO SELSUN MOISTURIZING 7 OZ (165753) | 4 | 4 | 0 | EA | 10.19 | EA | 40.76 | * |
| 187658 | DUODERM CGF 4 X 4 20/BX | 1 | 1 | 0 | BX | 95.35 | BX | 95.35 | * |
| 959379 | SHAMPOO HEAD & SHOULDER 11.3 OZ 12/CS | 6 | 6 | 0 | EA | 6.22 | EA | 37.32 | * |
| 852125 | SANITARY NAPKIN STAY FREE 10 (073056) | 16 | 16 | 0 | BX | 3.18 | BX | 50.88 | * |
| 7754 | ZINC OXIDE OINTMENT 1OZ | 10 | 10 | 0 | TU | .89 | TU | 8.90 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 10 | 10 | 0 | BX | 12.95 | BX | 129.50 | * |
| 403100 | ADHESIVE REMOVER WIPES 50/BX 20 BOXES/CS | 4 | 0 | 4 | BX | 9.97 | BX | .00 | * |

*handwritten: 71720-400*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 2333.81 | .00 | | 72.75 | .00 | 2406.56 |

WE APPRECIATE YOUR BUSINESS



**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 588990 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 50407 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469938 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 8 | 8 | 0 | CS | 21.25 | CS | 170.00 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 22 | 22 | 0 | CS | 21.25 | CS | 467.50 | |
| RK5 | CUPS PLASTIC 5 OZ 2500/CS 25 SLEEVES OF 100 | 5 | 5 | 0 | CS | 24.50 | CS | 122.50 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 1 | 1 | 0 | CS | 32.00 | CS | 32.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 5 | 5 | 0 | CS | 32.00 | CS | 160.00 | |
| TB30 | TOOTHBRUSH ADULT 144/BOX 10 BOXES/CASE | 2.0000 | .0000 | 2.0000 | BX | 9.25 | BX | .00 | * |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 12.0 | 12.0 | .0 | CS | 21.00 | CS | 252.00 | * |
| GMSMW | MOUTHWASH ALC-FREE 4 OZ 60/C | 2.00 | 2.00 | .00 | CS | 12.60 | CS | 25.20 | * |
| 4242 | CUPS SOUFFLE 3/4 OZ 5000/CS (NSC4) | 2 | 2 | 0 | CS | 27.50 | CS | 55.00 | * |
| 3512A | DRAINAGE BAG KENDALL 20/CASE | 15 | 15 | 0 | EA | 1.96 | EA | 29.40 | * |

CONTINUED



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 588990 |
|---|---|
| Date | 05/07/07 |
| Page | 2 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 50407 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469938 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 319767 | SOAP BAR DOVE 3.5 OZ 48/CASE (202242) | 12 | 12 | 0 | EA | 1.30 | EA | 15.60 | * |
| 511110 | SYRINGE SAFETY INS 1CC 29X1/ 100/BX 5 BX/CS | 6 | 6 | 0 | BX | 22.00 | BX | 132.00 | * |
| H140D-1 | URINAL W/COVER MALE 50/CASE | 1.00 | 1.00 | .00 | CS | 29.50 | CS | 29.50 | * |
| H208-10 | WATER PITCHER INSULATED 32 O W/LID 24/CASE MAUVE | 1.0000 | 1.0000 | .0000 | CS | 183.58 | CS | 183.58 | * |
| 53015 | SOAP BAR AVEENO FOR DRY SKIN (026062) | 6 | 6 | 0 | EA | 2.68 | EA | 16.08 | * |
| 651824 | NIVEA LOTION 8 OZ (SKIN FIRMING LOTION) | 4 | 4 | 0 | EA | 5.56 | EA | 22.24 | * |
| 555050 | ASSURE III TEST STRIPS 50/BX 12 BOXES/CASE | 6 | 6 | 0 | BX | 12.95 | BX | 77.70 | * |
| 7604 | STOCKINGS TED KNEE X-LGE PAI 12 PAIRS/BOX | 4 | 4 | 0 | PR | 6.54 | PR | 26.16 | |
| 531 | STOCKINGS LARGE-REG KL PAIR 10 PAIRS/BOX | 10 | 10 | 0 | PR | 2.50 | PR | 25.00 | |

(handwritten: 1720 -400)

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 1969.46 | .00 | | 57.65 | .00 | 2027.11 |

WE APPRECIATE YOUR BUSINESS



**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE** — Customer Copy

| Number | 588991 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

Bill To: 2204
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

Ship To: SAME
MARATHON HEALTH CARE-NORWALK
23 PROSPECT STREET
NORWALK, CT 06850

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 51007 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469941 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************** ******************************** * | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 911-36 | ASPIRIN BABY CHEW 81MG 36/B | 24 | 24 | 0 | BT | .72 | BT | 17.28 | * |
| 901-01 | ASPIRIN 5GR 100/BT | 8 | 8 | 0 | BT | .67 | BT | 5.36 | * |
| 451-01 | SENOKOT TABS (SENNA) 100/BT 8.6MG SENNOSIDES | 12 | 12 | 0 | BT | 1.36 | BT | 16.32 | * |
| 401-10 | DIOCTO SOFTGEL (COLACE) 1000 (DOCUSATE SODIUM) 100MG | 4 | 4 | 0 | BT | 14.97 | BT | 59.88 | * |
| 845-01 | CRANBERRY TABS 450 MG 100/BT | 6 | 6 | 0 | BT | 9.25 | BT | 55.50 | * |

*(handwritten: 80, 71740-680)*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 154.34 | .00 | | 9.26 | .00 | 163.60 |

WE APPRECIATE YOUR BUSINESS

**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 588992 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 050407 | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 469954 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************<br>****************************** | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************<br>****************************** | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 3800-36-1 | BED RAIL PAD VINYL 1/2 RAIL | 2 | 2 | 0 | PR | 54.18 | PR | 108.36 | * |
| H208-10 | WATER PITCHER INSULATED 32 O W/LID 24/CASE MAUVE | 1.0000 | 1.0000 | .0000 | CS | 99.90 | CS | 99.90 | * |

handwritten: @ 7/720-400

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 208.26 | .00 | | 12.50 | .00 | 220.76 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 588985 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| MED SUPPLIES | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468678 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL<br><br>************************<br>************************<br>*<br><br>ONLY SEND 60043 DP<br><br>60044 DP<br><br>60045 DP<br><br>************************<br>************************<br>*<br><br>MONDAY DELIVERY | | | | | | | | |
| 3800-36-1 | BBD RAIL PAD VINYL 1/2 RAIL | 1 | 1 | 0 | PR | 54.18 | PR | 54.18 | * |
| 403100 | ADHESIVE REMOVER WIPES 50/BX 20 BOXES/CS | 4 | 4 | 0 | BX | 9.97 | BX | 39.88 | * |

71720-400

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 94.06 | .00 | | 5.64 | .00 | 99.70 |

WE APPRECIATE YOUR BUSINESS

**Geriatric Medical**

Please remit to:
Geriatric Medical
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**INVOICE**

**Customer Copy**

| Number | 588986 |
|---|---|
| Date | 05/07/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To:<br>SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Dop # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 05/07/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 468681 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL<br><br>*******************************<br>*******************************<br>*<br><br>ONLY SEND 60043 DP<br><br>60044 DP<br><br>60045 DP<br><br>*******************************<br>*******************************<br>*<br><br>MONDAY DELIVERY | | | | | | | | |
| 634-12 | MAGNESIUM OXIDE 400 MG 100/B<br>3.4G PSYLLIUM HUSK/DOSE | 5 | 5 | 0 | EA | 8.21 | EA | 41.05 | * |

7140-680

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 41.05 | .00 | | 2.46 | .00 | 43.51 |

WE APPRECIATE YOUR BUSINESS

| Vendor | GERIATRIC | | Check Date 3/6/2008 | | Check Number | 003533 |
|---|---|---|---|---|---|---|
| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt. |
| 024268 | 605940 | 7/23/2007 | 68.58 | 68.58 | 0.00 | |
| 024277 | 607775 | 7/30/2007 | 1,937.69 | 1,937.69 | 0.00 | 2,006.27 |



# INVOICE

**Please remit to:**
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 605940 |
|---|---|
| Date | 07/23/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| OTC | 07/23/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 482037 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | U/M | Price | U/M | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ******************************<br>******************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ******************************<br>******************************<br>* | | | | | | | | |
| | MONDAY DELIVERY | | | | | | | | |
| 742-06 | OSCAL TAB 500MG W/VIT D 60/B OYSTER SHELL CALCIUM | 14 | 14 | 0 | BT | 1.40 | BT | 19.60 | * |
| 201-01 | ACETAMINOPHEN TAB 500MG 100/ | 10 | 10 | 0 | BT | 1.15 | BT | 11.50 | * |
| 177790 | LACTAID CAPLETS 60/BT (LACTASE-REG STR) | 6 | 6 | 0 | BT | 5.60 | BT | 33.60 | * |

*71740-680*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 64.70 | .00 | | 3.88 | .00 | 68.58 |

WE APPRECIATE YOUR BUSINESS



**INVOICE**

Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

**Customer Copy**

| Number | 607775 |
|---|---|
| Date | 07/30/07 |
| Page | 1 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To: SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 7-27-07 | 07/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 483243 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | PLZZZZ P/U ALL SKIDS LEFT BY GERIATRIC MEDICAL | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| | ONLY SEND 60043 DP | | | | | | | | |
| | 60044 DP | | | | | | | | |
| | 60045 DP | | | | | | | | |
| | ************************<br>************************<br>* | | | | | | | | |
| EVNP-103 | GLOVES VINYL (SYNTH) PF MEDI 100/BOX 10 BX/CASE | 80 | 80 | 0 | BX | 2.10 | BX | 168.00 | * |
| 2930 | TISSUE FACIAL 2PLY 100/BX 30/CASE (NR4082) | 3.00 | 3.00 | .00 | CS | 15.75 | CS | 47.25 | * |
| 60044DP | BRIEF KENDALL LARGE 72/CS WINGS CHOICE DP | 10 | 10 | 0 | CS | 21.25 | CS | 212.50 | |
| 60045DP | BRIEF KENDALL XL 60/CS WINGS CHOICE DP | 20 | 20 | 0 | CS | 21.25 | CS | 425.00 | |
| 4252 | CUPS MED 1OZ GRAD 5000/CS (NMCO) | 1 | 1 | 0 | CS | 27.50 | CS | 27.50 | * |
| A3950 | WASHCLOTHS DRY 500/CASE | 6 | 6 | 0 | CS | 13.00 | CS | 78.00 | * |
| 1615 | UNDERWEAR PROTECTIVE LGE 72/ | 4 | 4 | 0 | CS | 32.00 | CS | 128.00 | |
| 1605 | UNDERWEAR PROTECTIVE MED 80/ | 1 | 1 | 0 | CS | 32.00 | CS | 32.00 | |
| 1625 | UNDERWEAR PROTECTIVE X-LG 56 | 6 | 6 | 0 | CS | 32.00 | CS | 192.00 | |
| 49134 | BACITRACIN OINT PACKETS 144/ 12 BOXES/CASE (NBFNZ) | 6 | 6 | 0 | BX | 14.75 | BX | 88.50 | * |
| GMSMW | MOUTHWASH ALC FREE 4 OZ 60/C | 2.00 | 2.00 | .00 | CS | 12.60 | CS | 25.20 | * |
| 00128 | LOTION W/ALOE-DERMADAILY 8 O 48/CASE | 48 | 48 | 0 | EA | .37 | EA | 17.76 | * |

CONTINUED



Please remit to:
**Geriatric Medical**
PO Box 9127
Chelsea, MA 02150
Phone: 800-442-1205
E-Mail: info@geriatricmedical.com
Website: www.geriatricmedical.com

# INVOICE

**Customer Copy**

| Number | 607775 |
|---|---|
| Date | 07/30/07 |
| Page | 2 |

| Bill To: 2204 | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 | Ship To:<br>SAME | MARATHON HEALTH CARE-NORWALK<br>23 PROSPECT STREET<br>NORWALK, CT 06850 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 7-27-07 | 07/30/07 | 14 MARATHON/E | NET 30 DAYS | CTTAX | 483243 | 01 | PREPAID | OUR TRUCK |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 5150K | ALCOHOL PREP PAD MEDIUM 200/ 20 BOXES/CASE | 20 | 20 | 0 | BX | 1.30 | BX | 26.00 | * |
| 4242 | CUPS SOUFFLE 3/4 OZ 5000/CS (NSC4) | 2 | 2 | 0 | CS | 29.50 | CS | 59.00 | * |
| A7059 | ABD PAD ST 5 X 9 20/TRAY 20 TRAYS/CASE (3501) | 10.00 | 10.00 | .00 | TR | 1.87 | TR | 18.70 | * |
| 1103B | CANNULA OVER THE EAR 7FT TUBING 50/CS | 1.00 | 1.00 | .00 | CS | 26.67 | CS | 26.67 | * |
| 28747 | TRIPLE ANTIBIOTIC OINT 144/B 12 BOXES/CASE | 6 | 6 | 0 | BX | 17.00 | BX | 102.00 | * |
| 3005 | GAUZE N/ST 4 X 4 8PLY 200/BA 20 BAGS/CASE (441217) | 20 | 20 | 0 | BG | 1.82 | BG | 36.40 | * |
| EB01B | EMERY BOARDS 4 1/2" 144/BOX 24 BOXES/CASE | 6 | 6 | 0 | BX | 2.99 | BX | 17.94 | * |
| 00249 | WOUND CLNSR DERMAKLENZ 8 OZ 24/CS | 10 | 10 | 0 | EA | 5.29 | EA | 52.90 | * |
| 1923 | TELFA PADS ST 2 X 3 100/BOX 12 BOXES/CASE (3423) | 8.00 | 8.00 | .00 | BX | 4.40 | BX | 35.20 | * |
| 555006 | ASSURE III CONTROL SOLUTION | 6 | 6 | 0 | EA | 11.25 | EA | 67.50 | * |

*handwritten: 1/1730 - 400*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 1884.02 | .00 | | 53.67 | .00 | 1937.69 |

WE APPRECIATE YOUR BUSINESS