# EXHIBIT 5

<u>PROMISSORY NOTE</u>

$701,639.00                                                                                                                         September 14, 2007

For value received, MARATHON HEALTHCARE MANAGEMENT, LLC, its successor and assigns promises to pay GERIATRIC MEDICAL & SURGICAL SUPPLY, INC., or order the sum of Seven Hundred One Thousand Six Hundred Thirty-Nine and 00/100 ($701,639.00) Dollars, payable in or within eighteen (18) months form the date hereof, with interest at the rate of eight (8%) percent per annum, for such time as the principal sum, or any part thereof, shall remain unpaid as follows:

Payments of principal and interest in nine (9) successive equal monthly payments in the amount of Thirty Five Thousand and 00/100 ($35,000.00) Dollars. The first payment shall be made on October 19, 2007 and the following eight (8) payments on the twentieth (20th) day of each and every successive month thereafter through June 20, 2008; and thereafter nine (9) successive equal monthly payments of principal and interest in the amount of Forty Eight Thousand Three Hundred Ninety and 55/100 ($48,390.55) Dollars shall be made commencing on July 20, 2008, and the following eight (8) payments on the twentieth (20th) day of each and every successive month thereafter until the full sum is paid.

Upon default in the payment of any installment of principal and interest, as provided herein, and such default shall continue for seven (7) days, then in that event, the interest shall accrue and be payable at the rate of one (1%) percent per month, or any part of a month, on the unpaid principal balance so long as said default continues.

This note shall immediately become due and payable in full at the option of the holder hereof without notice or demand if any one or more of the following events occur:

1. The maker becomes insolvent or admits in writing its inability to pay debts as they mature, or shall make an assignment for the benefit of creditors.
2. The maker shall apply for or consent to the appointment of a trustee or receiver for a major part of its property.
3. A trustee or receiver shall be appointed for the maker for a major part of its property and such trustee or receiver shall not be discharged within ninety (90) days after such appointment.
4. Bankruptcy, reorganization, arrangement or insolvency proceedings or other proceedings for the relief under any bankruptcy or similar law or laws for the relief of debtors shall be

Page 1 of 2

instituted by or against the maker and if instituted shall be consented to or shall not be dismissed within ninety (90) days after such institution.

5. If any payment of principal or interest required to be made hereunder shall not be made when due, and such non-payment shall not be cured within seven (7) days after such date for payment of principal or interest.

In the event of default, if the holder hereof shall place the within note with an attorney for collection the maker agrees to pay reasonable counsel fees and expenses incurred in connection therewith.

The maker agrees that no variation, extension or renewal of this note or release or surrender of any collateral security for the same shall affect said maker's absolute and unconditional liability hereunder.

No delay or omission on the part of the holder in exercising any right hereunder shall operate as a waiver of such right or of any other right hereunder and no single or partial exercise of any right hereunder shall preclude other or future exercise hereof. A waiver of any right or remedy on any occasion shall not be construed as a bar to or waiver of any such right on any future occasion.

The maker of this note herby waives presentment, demand, notice, and protest and all other demands and notices in connection with the delivery, acceptance or default of this note and the exercise and enforcement of any rights hereunder by the holder, and assents without notice to any extension or postponement of the time of payment of any indulgence.

EXECUTED under seal this 11th day of ~~September~~ October, 2007

Witness: _____

Marathon Healthcare Management, LLC

By: _____

# EXHIBIT 6

Marathon Health Group  catalog: 1002
Marathon Healthcare Center of Norwalk
BALANCE SHEET @

| | 12/31/2007 | 1/31/2008 | 2/29/2008 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash - Operating Acct. | (70,244) | (212,739) | (91,750) |
| Cash - Lockbox Acct. | 6,952 | 28,322 | 5,546 |
| Cash - Payroll Account | (71) | 146 | 41,053 |
| Petty Cash | 2,600 | 2,600 | 2,600 |
| AR - Medicaid | 1,336,712 | 1,434,690 | 1,258,465 |
| Medicaid-Due to State (Cr. Balance) | (78,550) | (77,110) | (81,238) |
| A/R Collection Fees | 9,000 | 9,000 | 9,000 |
| Medicaid pending | 18,254 | 17,003 | 19,254 |
| A/R - Private | 593,218 | 570,085 | 580,000 |
| A/R - Private Therapy | 2,659 | 2,659 | 876 |
| A/R - Medicare A | 169,443 | 132,303 | 164,245 |
| A/R - Medicare A Secondary | 132,971 | 114,671 | 139,002 |
| A/R - Medicare B | 31,590 | 43,634 | 46,562 |
| A/R - Medicare B Secondary | 19,170 | 22,891 | 28,932 |
| A/R - Managed Care | 41,163 | 45,221 | 30,214 |
| A/R Collection fees | | | |
| Due to/from Medicaid | 290,124 | | |
| Due to/from Medicare-Coinsurance | (205) | (205) | (205) |
| Allowance for doubtful account | (209,000) | (218,460) | (225,280) |
| Due to/from Marathon Group | 1,945,117 | 2,108,473 | 1,941,942 |
| Due to/from Marathon Management | (1,151,394) | (1,174,272) | (1,194,477) |
| Due to/from Torrington | (200,092) | (200,992) | (204,528) |
| Due to/from West Haven | (717,721) | (717,721) | (717,721) |
| Due to/from Prospect | 662,526 | 662,526 | 662,526 |
| Due to/from Springfield | | | |
| Due to/from New Haven | 153,250 | 153,250 | 153,250 |
| Due to/from Waterbury | 113,905 | 113,905 | 68,170 |
| Prepaid Expense - Deferred | | 19,200 | 16,800 |
| Prepaid Expense | 1,362 | 4,219 | 3,311 |
| Prepaid Accounting | 6,595 | 9,590 | 9,590 |
| Prepaid Insurance | 1,148 | 638 | 510 |
| Prepaid Workers Compensation | | | |
| Real Estate Tax Escrow | 114,927 | 82,638 | 89,329 |
| Prepaid Taxes | | 38,544 | 31,460 |
| Total Current Assets | 3,225,410 | 3,015,110 | 2,765,559 |
| | | | |
| **Vehicles, Property and Equipment** | | | |
| Building Improvements | 29,472 | 29,472 | 33,836 |
| Movable Equipment | 374,768 | 138,522 | 140,935 |
| Land Improvements | 18,499 | 18,499 | 18,499 |
| Computer Software | 6,932 | 6,932 | 6,932 |
| Accum. Depr'n. - Land Improvements | (2,929) | (3,083) | (3,237) |
| Accum. Depr'n. - Building Improvements | (4,008) | (4,243) | (4,478) |
| Accum. Depr'n. - Movable Equipment | (55,772) | (42,576) | (44,250) |
| Accum. Depr'n - Comp. Software | (1,373) | (1,469) | (1,604) |
| Vehicles, Property and Equipment | 365,608 | 140,033 | 146,632 |
| | | | |
| **Other Assets** | | | |
| Loan Cost | 6,213 | 6,731 | 6,023 |
| Total Other Assets | 6,213 | 6,731 | 6,023 |
| | | | |
| **TOTAL ASSETS** | 3,597,230 | 3,161,875 | 2,918,213 |

Marathon Health Group
Marathon Heathcare Center of Norwalk
BALANCE SHEET @

catalog: 1002

|  | 12/31/2007 | 1/31/2008 | 2/29/2008 |
|---|---|---|---|
| **LIABILITIES AND CAPITAL** | | | |
| **Current Liabilities** | | | |
| Accounts Payable-Vendors | 1,987,665 | 1,581,695 | 1,477,942 |
| Due to Peoples Bank | 85 | 85 | 85 |
| Accrued Expenses | 101,897 | 116,000 | 141,500 |
| Sales & Use Tax Payable | 2,834 | 18 | 5,929 |
| Union Dues Withholding Payable | 18 | 7 | 7 |
| Patient Refund Clearing | (235) | (1,101) | (3,098) |
| Provider Tax Payable | 628,588 | 329,432 | 294,725 |
| Accrued Interest | 5,882 | 2,728 | 6,785 |
| Pension Payable | | | |
| Life Insurance Payable | | | |
| Accrued Payroll | 248,218 | 158,332 | 2,669 |
| Disability Insurance W/H Payable | 3,475 | 5,332 | 211,652 |
| Flexible Spending Payable | 241 | (12) | 82 |
| Life Insurance Withholding Payable | 2,377 | 3,243 | 876 |
| State Unemployment Tax Payable | 15,513 | 9,823 | 11,293 |
| Fed Unemployment Tax Payable | 2,024 | 826 | 661 |
| Employer FICA Payable | 19,352 | 12,346 | 16,452 |
| Accrued vacation | 192,196 | 196,346 | 205,278 |
| Accrued sick | 46,403 | 50,054 | 48,469 |
| Accrued uniform | 64,125 | 66,125 | 68,125 |
| Line of Credit Payable | 857,311 | 1,139,868 | 966,828 |
| Due to prior owner | 5,867 | 5,867 | 5,867 |
| Deferred Revenue patient receivable | | | |
| Total current liabilities | 4,084,036 | 3,677,114 | 3,462,127 |
| **Long Term Liabilities** | | | |
| Landlord Escrow Account | 156,197 | 156,197 | 156,197 |
| Total Long Term Liabilities | 156,197 | 156,197 | 156,197 |
| Total Liabilities | 4,240,233 | 3,833,311 | 3,618,324 |
| **Capital** | | | |
| Retained Earnings | (822,162) | (844,143) | (844,143) |
| Current Year's Income (Loss) | 179,159 | 172,706 | 144,032 |
| Total Capital | (643,003) | (671,437) | (700,111) |
| TOTAL LIABILITIES AND CAPITAL | 3,597,230 | 3,161,875 | 2,918,213 |

# EXHIBIT 7

Marathon Health Group
Marathon Heathcare Center of Norwalk
BALANCE SHEET @

| | 2/29/2008 | Adjustments | Fair Value |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash - Operating Acct. | (91,750) | | (91,750) |
| Cash - Lockbox Acct. | 5,546 | | 5,546 |
| Cash - Payroll Account | 41,053 | | 41,053 |
| Petty Cash | 2,600 | | 2,600 |
| AR - Medicaid | 1,256,465 | | 1,256,465 |
| Medicaid-Due to State (Cr. Balance) | (81,238) | | (81,238) |
| A/R Collection Fees | 9,000 | | 9,000 |
| Medicaid pending | 19,254 | | 19,254 |
| A/R - Private | 560,000 | | 560,000 |
| A/R - Private Therapy | 876 | | 876 |
| A/R - Medicare A | 164,245 | | 164,245 |
| A/R - Medicare A Secondary | 139,002 | | 139,002 |
| A/R - Medicare B | 46,682 | | 46,682 |
| A/R - Medicare B Secondary | 28,932 | | 28,932 |
| A/R - Managed Care | 30,214 | | 30,214 |
| A/R Collection fees | | | |
| Due to/from Medicaid | | | |
| Due to/from Medicare-Coinsurance | (205) | | (205) |
| Allowance for doubtful account | (225,280) | | (225,280) |
| Due to/from Marathon Group | 1,941,942 | (1,941,942) | (0) |
| Due to/from Marathon Management | (1,194,477) | 1,194,477 | 0 |
| Due to/from Torrington | (204,528) | 204,528 | 0 |
| Due to/from West Haven | (717,721) | 717,721 | (0) |
| Due to/from Prospect | 662,526 | (662,526) | 0 |
| Due to/from Springfield | | | 0 |
| Due to/from New Haven | 153,250 | (153,250) | (0) |
| Due to/from Waterbury | 68,170 | (68,170) | 0 |
| Prepaid Expense - Deferred | 16,800 | (16,800) | - |
| Prepaid Expense | 3,311 | (3,311) | (0) |
| Prepaid Accounting | 9,590 | (9,590) | (0) |
| Prepaid Insurance | 510 | (510) | 0 |
| Prepaid Workers Compensation | | | 0 |
| Real Estate Tax Escrow | 89,329 | | 89,329 |
| Prepaid Taxes | 31,460 | | 31,460 |
| **Total Current Assets** | 2,765,559 | (739,373) | 2,026,186 |
| | | | |
| **Vehicles, Property and Equipment** | | | |
| Building Improvements | 33,836 | (33,836) | (0) |
| Movable Equipment | 140,935 | | 140,935 |
| Land Improvements | 18,499 | (18,499) | - |
| Computer Software | 6,932 | (6,832) | 100 |
| Accum. Depr'n. - Land Improvements | (3,237) | 3,237 | (0) |
| Accum. Depr'n. - Building Improvements | (4,478) | 4,478 | 0 |
| Accum. Depr'n. - Movable Equipment | (44,250) | | (44,250) |
| Accum. Depr'n - Comp. Software | (1,604) | 16,040 | 14,436 |
| **Vehicles, Property and Equipment** | 146,632 | (35,412) | 111,220 |
| | | | |
| **Other Assets** | | | |
| Loan Cost | 6,023 | (6,023) | (0) |
| **Total Other Assets** | 6,023 | (6,023) | (0) |
| | | | |
| **TOTAL ASSETS** | 2,918,213 | (780,808) | 2,137,405 |

Marathon Health Group
Marathon Healthcare Center of Norwalk
BALANCE SHEET @

|  | 2/29/2008 | Adjustments | Fair Value |
|---|---:|---:|---:|
| **LIABILITIES AND CAPITAL** | | | |
| **Current Liabilities** | | | |
| Accounts Payable-Vendors | 1,477,942 | | 1,477,942 |
| Due to Peoples Bank | 85 | | 85 |
| Accrued Expenses | 141,500 | | 141,500 |
| Sales & Use Tax Payable | 5,929 | | 5,929 |
| Union Dues Withholding Payable | 7 | | 7 |
| Patient Refund Clearing | (3,098) | | (3,098) |
| Provider Tax Payable | 294,725 | | 294,725 |
| Accrued Interest | 6,785 | | 6,785 |
| Pension Payable | | | - |
| Life Insurance Payable | | | - |
| Accrued Payroll | 2,669 | | 2,669 |
| Disability Insurance W/H Payable | 211,652 | | 211,652 |
| Flexible Spending Payable | 82 | | 82 |
| Life Insurance Withholding Payable | 876 | | 876 |
| State Unemployment Tax Payable | 11,293 | | 11,293 |
| Fed Unemployment Tax Payable | 661 | | 661 |
| Employer FICA Payable | 16,452 | | 16,452 |
| Accrued vacation | 205,278 | | 205,278 |
| Accrued sick | 48,469 | | 48,469 |
| Accrued uniform | 68,125 | | 68,125 |
| Line of Credit Payable | 966,828 | | 966,828 |
| Due to prior owner | 5,867 | | 5,867 |
| Deferred Revenue patient receivable | | | - |
| Total current liabilities | 3,462,127 | - | 3,462,127 |
| **Long Term Liabilities** | | | - |
| Landlord Escrow Account | 156,197 | - | 156,197 |
| Total Long Term Liabilities | 156,197 | - | 156,197 |
| Total Liabilities | 156,197 | - | 156,197 |
| | | | - |
| | | | - |
| **Capital** | | | - |
| Retained Earnings | (844,143) | | (844,143) |
| Current Year's Income (Loss) | 144,032 | (780,808) | (636,776) |
| Total Capital | (700,111) | (780,808) | (1,480,919) |
| | | | - |
| TOTAL LIABILITIES AND CAPITAL | 2,918,213 | (780,808) | 2,137,405 |

# APPENDIX A

# Richard P. Finkel, CPA/CFF, CFE, CIRA

**GENERAL EXPERIENCE HIGHLIGHTS:**

Richard P. Finkel is a partner in the Litigation Services and Business Valuation Group of Blum Shapiro & Company, P.C. Blum Shapiro is one of the largest regional accounting and business consulting firms in New England, with offices in West Hartford, Shelton, and Southport Connecticut and in New York City.

Mr. Finkel has extensive training and experience in Forensic Accounting, Bankruptcy and Litigation Support Services. As a forensic accountant, he specializes in the area of fraud investigation and bankruptcy. He has been engaged as a consultant and/or testifying expert in complex fraud investigations and has assisted counsel in identifying fraudulent transactions and locating misappropriated assets. Mr. Finkel is a frequent speaker on forensic accounting and bankruptcy issues and has authored several articles on fraud, bankruptcy and other litigation support subjects. He also teaches forensic accounting as a member of the adjunct faculty at Central Connecticut State University.

Mr. Finkel has been appointed as Financial Advisor to the Official Committee of Unsecured Creditors in over twenty-five cases and is currently serving as Financial Advisor to several active committees. Mr. Finkel has been appointed as Accountant to Chapter 7 Bankruptcy Trustees in over six hundred and fifty cases. He has served as Accountant to Chapter 11 Bankruptcy Trustees and Debtors in Possession. He was appointed as Chapter 11 Bankruptcy Trustee in a case involving the misappropriation of over $16 million dollars of payroll trust funds and has also served as an Examiner.

**PROFESSIONAL EDUCATION AND FIRM HISTORY:**

Mr. Finkel received his Bachelor of Science in 1973 and a Master of Business Administration in 1976 from the University of Connecticut. He was licensed as a Certified Public Accountant in 1979 and joined Blum Shapiro in 1993. Mr. Finkel was designated a Certified Fraud Examiner in 1994, a Certified Insolvency & Restructuring Advisor in 1995 and was Certified in Financial Forensics by the American Institute of Certified Public Accountants in 2008.

**PROFESSIONAL ORGANIZATIONS AND ACTIVITIES:**

- Association of Certified Fraud Examiners (ACFE)
- Association of Insolvency and Restructuring Advisors (AIRA)
    Co-Chairman Liaison with the U.S. Trustee Committee
- American Bankruptcy Institute (ABI)
- The National Association of Bankruptcy Trustees (NABT)
- Commercial Law League of America (CLLA)
- Turnaround Management Association (TMA)
    Past Member of the Board of Directors, Connecticut Chapter, TMA
- American Institute of Certified Public Accountants (AICPA)
- Connecticut Society of Certified Public Accountants (CSCPA)
    Past Chair of CSCPA Liaison with the Bar Committee

# APPENDIX B

Richard P. Finkel, CPA/CFF, CFE, CIRA
Publications Authored or Co-Authored
Within the Preceding Ten Years

---

*"Holding Bank Accounts Hostage"*
The Connecticut Law Tribune, Vol. 36, No. 8
February 22, 2010


*"Shell Games Affect Creditors"*
The Connecticut Law Tribune, Vol. 35, No. 39
September 28, 2009


*"Occupational Fraud a Genuine Risk to Your Business"*
Hartford Business Journal
Vol. 17, Number 47, September 14, 2009


*"Ten Signals of Occupational Fraud"*
Connecticut Turnaround Management Association Newsletter
Vol. 1, Issue 2, November 2008


*"Cracking Down on the Bleed Out"*
The Connecticut Law Tribune, Vol. 34, No. 38
September 22, 2008


*"Digital Detectives and Computer Forensics: The Brave New World of eDiscovery"*
Connecticut CPA, Vol. 47, Issue 4
July/August 2006


*"Computer Forensics: Putting Together the Puzzle"*
The Connecticut Law Tribune, Vol. 28, No. 46
November 18, 2002


*"Bankruptcy Trustee's Guide to Income Tax Return Filing Requirements"*
Third Edition, October 2002


*"Determining Insolvency in Preference and Fraudulent Conveyance Actions"*
American Bankruptcy Institute Journal, Vol. XX, No. 9
November 2001

Richard P. Finkel, CPA/CFF, CFE, CIRA
Publications Authored or Co-Authored
Within the Preceding Ten Years

---

*"Holding Bank Accounts Hostage"*
The Connecticut Law Tribune, Vol. 36, No. 8
February 22, 2010


*"Shell Games Affect Creditors"*
The Connecticut Law Tribune, Vol. 35, No. 39
September 28, 2009


*"Occupational Fraud a Genuine Risk to Your Business"*
Hartford Business Journal
Vol. 17, Number 47, September 14, 2009


*"Ten Signals of Occupational Fraud"*
Connecticut Turnaround Management Association Newsletter
Vol. 1, Issue 2, November 2008


*"Cracking Down on the Bleed Out"*
The Connecticut Law Tribune, Vol. 34, No. 38
September 22, 2008


*"Digital Detectives and Computer Forensics: The Brave New World of eDiscovery"*
Connecticut CPA, Vol. 47, Issue 4
July/August 2006


*"Computer Forensics: Putting Together the Puzzle"*
The Connecticut Law Tribune, Vol. 28, No. 46
November 18, 2002


*"Bankruptcy Trustee's Guide to Income Tax Return Filing Requirements"*
Third Edition, October 2002


*"Determining Insolvency in Preference and Fraudulent Conveyance Actions"*
American Bankruptcy Institute Journal, Vol. XX, No. 9
November 2001

# APPENDIX C

Richard P. Finkel, CPA/CFF, CFE, CIRA
Publications Authored or Co-Authored
Within the Preceding Ten Years

---

*"Holding Bank Accounts Hostage"*
The Connecticut Law Tribune, Vol. 36, No. 8
February 22, 2010


*"Shell Games Affect Creditors"*
The Connecticut Law Tribune, Vol. 35, No. 39
September 28, 2009


*"Occupational Fraud a Genuine Risk to Your Business"*
Hartford Business Journal
Vol. 17, Number 47, September 14, 2009


*"Ten Signals of Occupational Fraud"*
Connecticut Turnaround Management Association Newsletter
Vol. 1, Issue 2, November 2008


*"Cracking Down on the Bleed Out"*
The Connecticut Law Tribune, Vol. 34, No. 38
September 22, 2008


*"Digital Detectives and Computer Forensics: The Brave New World of eDiscovery"*
Connecticut CPA, Vol. 47, Issue 4
July/August 2006


*"Computer Forensics: Putting Together the Puzzle"*
The Connecticut Law Tribune, Vol. 28, No. 46
November 18, 2002


*"Bankruptcy Trustee's Guide to Income Tax Return Filing Requirements"*
Third Edition, October 2002


*"Determining Insolvency in Preference and Fraudulent Conveyance Actions"*
American Bankruptcy Institute Journal, Vol. XX, No. 9
November 2001