# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594(ASD) |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02069 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| Defendant | ) | |

## PLAINTIFF'S LIST OF EXHIBITS

The Plaintiff Trustee hereby respectfully submits this list of exhibits to be offered at trial:

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Invoice: Invoice Number 593390 |
| B | Invoice: Invoice Number 593387 |
| C | Invoice: Invoice Number 593391 |
| D | Invoice: Invoice Number 593386 |
| E | Invoice: Invoice Number 590765 |
| F | Invoice: Invoice Number 592119 |
| G | Invoice: Invoice Number 592118 |
| H | Invoice: Invoice Number 590766 |
| I | Invoice: Invoice Number 590993 |
| J | Invoice: Invoice Number 590994 |
| K | Invoice: Invoice Number 588986 |
| L | Invoice: Invoice Number 588985 |
| M | Invoice: Invoice Number 588992 |
| N | Invoice: Invoice Number 588991 |
| O | Invoice: Invoice Number 588990 |

| | |
|---|---|
| P | Invoice: Invoice Number 588990 |
| Q | Invoice: Invoice Number 587500 |
| R | Invoice: Invoice Number 587501 |
| S | Invoice: Invoice Number 585580 |
| T | Invoice: Invoice Number 585581 |
| U | Invoice: Invoice Number 585582 |
| V | Invoice: Invoice Number 586181 |
| W | Invoice: Invoice Number 586588 |
| X | Invoice: Invoice Number 586587 |
| Y | Invoice: Invoice Number 587498 |
| Z | Invoice: Invoice Number 582956 |
| AA | Invoice: Invoice Number 582433 |
| BB | Invoice: Invoice Number 582432 |
| CC | Invoice: Invoice Number 582428 |
| DD | Invoice: Invoice Number 582427 |
| EE | Invoice: Invoice Number 582426 |
| FF | Invoice: Invoice Number 584171 |
| GG | Invoice: Invoice Number 584170 |
| HH | Invoice: Invoice Number 580947 |
| II | Invoice: Invoice Number 580946 |
| JJ | Check Stub; Check Number 003448 |
| KK | Copy of Check Number 3448 |
| LL | Invoice: Invoice Number 607775 |
| MM | Invoice: Invoice Number 605940 |
| NN | Check Stub; Check Number 003533 |
| OO | Copy of Check Number 3533 |
| PP | Letter dated March 10, 2010 from Greenbaum, Nagel, Fisher & Paliotti, LLP to Thomas C. Boscarino, Trustee |
| QQ | Promissory Note by and between Marathon Healthcare Management, LLC and Geriatric Medical & Surgical Supply, Inc. |

| RR | Spreadsheet (Excel) prepared by Michelle Scarpa after copying and pasting the information from the vendor inquiry screen of Solomon software. |
|---|---|
| SS | Report of Richard P. Finkel, Blum Shapiro, with Exhibits 1-4 and Appendices A-C. |

The Court will be asked to take judicial notice of pleadings of record in this bankruptcy case, to include: the Debtor's Petition; the Debtor's Bankruptcy Schedules; the Debtor's Statement of Financial Affairs; the Claims Register; Proofs of Claim filed, and the Defendant's "First Special Defense". If these pleadings are offered and marked as exhibits, they will be marked in sequence. Exhibits to Mr. Finkel's Report, particularly photocopies of checks, may be offered separately and if so will be marked as Exhibits in sequence.

FOR THE PLAINTIFF,
Thomas C. Boscarino, Trustee

By: _____/s/ John H. Grasso_____
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594(ASD) |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02069 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 6, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| **Defendant** | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2010 a copy of the foregoing Plaintiff's List of Exhibits was served by mail to following. A copy of the Exhibits was also served by mail upon Defendant's counsel.

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

/s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com