# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594(ASD) |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC | ) | CHAPTER 7 |
| --------------------------------- | ) | ADV. PRO. NO. 10-02069 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
|   Plaintiff, | ) | |
|     v. | ) | December 9, 2010 |
| GERIATRIC MEDICAL & SURGICAL SUPPLY, INC | ) ) | |
|   Defendant | ) | |

## SUPPLEMENT TO PLAINTIFF'S LIST OF WITNESSES

The Trustee, Thomas C. Boscarino supplements the short statement of the testimony of witness Richard Finkel by adding the sentence below making explicit what is implicit, as follows:

Mr. Finkel will further testify to the matters and opinions set forth in his signed detailed statement dated November 22, 2010, as exchanged and filed.

        FOR THE PLAINTIFF,
        Thomas C. Boscarino, Trustee

        By: /s/ John H. Grasso
            John H. Grasso ct03651
            Boscarino, Grasso & Twachtman, LLP
            628 Hebron Ave., Bldg 2, Suite 301
            Glastonbury, CT 06033
            Tel. (860) 659-5657
            Fax (860) 657-4549

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594(ASD) |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02069 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | December 9, 2010 |
| **GERIATRIC MEDICAL & SURGICAL SUPPLY, INC** | ) ) | |
| **Defendant** | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on December 9, 2010 a copy of the foregoing Plaintiff's List of Witnesses was served by mail to following:

Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, Ct 06510

Greenbaum, Nagel, Fisher & Paliotti, LLP
Howard S. Fisher
200 High Street, 4th Floor
Boston, MA 02110

    /s/John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549
jgrasso@bgtlaw.com